## PROCEEDINGS FOR INCORPORATION OF VILLAGES.

· Court of Appeals for Champaign County.

ALVIN J. BRING AND JOHN M. SAYLOR, AS AGENTS FOR THE PETITIONERS, v. JOHN B. HOLLIS ET AL.

Decided, November 6, 1914.

*County Commissioners—Jurisdiction of, in the Incorporation of · Villages—Political in its Nature and Not Subject to Review—Sections 3517 et seq.*

Proceedings had by county commissioners with respect to the incorporation of a village are political in their nature and not judicial, and are therefore not subject to review on petition in error.

*Deaton & Bodey* and *A. J. Bright,* for plaintiff in error.
*Johnson & Miller,* contra.

ALLREAD, J.; FERNEDING, J., and KUNKLE, J., concur.

The jurisdiction of county commissioners under Sections 3517, General Code, *et seq.*, providing for the incorporation of villages is in its nature political and not judicial. *Musser, Auditor,* v. *Adair,* 55 O. S., 466; *State* v. *Harmon,* 31 O. S., 250.

An order of a board of commissioners in such proceedings dismissing the petition is not, therefore, subject to review upon petition in error.

Judgment affirmed.